IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAROLE A. FRITSCHE, Individually
and on behalf of all others similarly
situated,

Plaintiff,

v.

FIRST CO. BANCOPR, INC.,

Defendant.                                              No. 06-261-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion to voluntarily dismiss without prejudice pursuant to Federal Rule Of Civil Procedure No. 41 (Doc. 27). Plaintiff moves to dismiss her claims against Defendant without prejudice and contends that Defendant consents to the motion. Accordingly, the Court **GRANTS** the motion. The Court **DISMISSES without prejudice** Plaintiff's cause of action.

**IT IS SO ORDERED.**

Signed this 1st day of November, 2006.

/s/      David   RHerndon
**United States District Judge**